BEFORE THE FIRST DIVISION, JUNE 22, 1964

No. 68667.—Kurt S. Adler et al. v. United States, protests 317353-K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68668.—Ace Import Co., Inc., et al. v. United States, protests 61/145, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of permanently fitted plastic cases similar in all material respects to those the subject of Abstract 64484, the claim of the plaintiffs was sustained.